IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALMA R. JOHNSON,

        **Plaintiff,**

vs.                                            No. CIV-09-0746 LFG/LAM

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**

        **Defendant.**

## STIPULATED ORDER EXTENDING DEADLINE
## TO RESPOND TO AMENDED COMPLAINT

**THIS MATTER** is before the Court on Defendant's *Notice of Extension of Time (Doc. 7)*, filed August 26, 2009. Defendant states that "[p]ursuant to Local Rule LR-CV 7.4(a), and upon agreement of counsel for the Plaintiff," notice is given of an extension of time to September 21, 2009, for Defendant to respond to Plaintiff's *Amended Complaint Under ERISA For Recovery of Disability Insurance Benefits (Doc. 3)* (hereinafter "*Amended Complaint*"). *Notice of Extension of Time (Doc. 7)* at 1. The Court notes that D. N.M. LR-Civ. 7.4(a) pertains to time periods related to responses and replies to motions. *See* D. N.M. LR-Civ. Rule 7 titled "Motion Practice." An extension of time for filing an answer to a complaint is governed by Fed. R. Civ. P. 6(b)(1), whereby the Court may extend the time "for good cause." *See E.E.O.C. v. Mothers Work, Inc.*, No. Civ.A.SA04CA0873-XR, 2005 WL 465400 *1 (W.D. Tex. Feb. 28, 2005) (unpublished) ("Parties may not agree to extend the deadline for a defendant to file its answer without approval by the Court pursuant to Fed. R. Civ. P. 6(b).") (citation omitted).

1

Defendant fails to give any reason for an extension of time to respond to Plaintiff's *Amended Complaint*. The Court, however, will grant the extension this time, but cautions the parties that any further extensions for filing an answer will not be granted absent a showing of good cause.

**IT IS THEREFORE ORDERED** that Defendant's deadline for responding to Plaintiff's *Amended Complaint* is extended to *September 21, 2009.*

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**